UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 12-20042

ZAFAR MEHMOOD, D-1,

    Defendant.
_____/

**ORDER SETTING STATUS CONFERENCE AND
UNSEALING *IN CAMERA* PROCEEDINGS**

At the request of government counsel, the court held several sealed conferences with the attorneys on July 30, and 31, and August 28, 2014. For reasons more fully discussed in these conferences, the court ordered that the record be sealed. During the last of these conferences on August 28, 2014, government counsel informed the court that there is no longer any reason to keep the conferences sealed. Accordingly,

IT IS ORDERED that the court's conferences on July 30, 31, and August 29, 2014, are UNSEALED.

IT IS FURTHER ORDERED that the parties are DIRECTED to appear for a status conference on **September 26, 2014, at 11:00 a.m.**

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2014, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522